UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-06759 SJO (FFMx) | Date | November 6, 2012 |
|---|---|---|---|
| Title | Speculative Product Design LLC v. Intella Inc et al | | |

| Present: The Honorable | S. JAMES OTERO | | |
|---|---|---|---|
| Victor Paul Cruz | not present | | |
| Deputy Clerk | Court Recorder | | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   IN CHAMBERS

The Court is in receipt of Plaintiff's Notice of Settlement of the Entire Action [10]. Accordingly, the Court sets a Status Conference and an Order to Show Cause why cause should not be dismissed for Plaintiff's failure to prosecute on Monday, December 10, 2012 @ 8:30 a.m. The parties shall file a joint status report by Monday, December 3, 2012.

|  | : |
|---|---|
| Initials of Preparer | vpc |